1

2

3

4

5

6                        UNITED STATES DISTRICT COURT

7                        EASTERN DISTRICT OF CALIFORNIA

8

9   JONATHAN ERNEST PIERRE                    1:24-cv-00228-GSA (PC)
    PATELLA,
10
                    Plaintiff,                 ORDER TO SUBMIT APPLICATION
11                                             TO PROCEED IN FORMA PAUPERIS
            v.                                 OR PAY FILING FEE WITHIN 45 DAYS
12
    UNKNOWN, et al.,
13
                    Defendant.
14

15          Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C.

16   § 1983.  Plaintiff has not paid the $405.00 filing fee or submitted an application to proceed in

17   forma pauperis pursuant to 28 U.S.C. § 1915.

18          Accordingly, IT IS HEREBY ORDERED that:

19          Within forty-five (45) days of the date of service of this order, plaintiff shall submit the

20   attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay

21   the $405.00 filing fee for this action.  **No requests for extension will be granted without a**

22   **showing of good cause**.  **Failure to comply with this order will result in dismissal of this**

23   **action.**

24

25   IT IS SO ORDERED.

26      Dated:  __February 22, 2024__          _____/s/ Gary S. Austin_____
                                              UNITED STATES MAGISTRATE JUDGE
27

28

                                              1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28